Submitted September 23—decided October 2, 1974

WILLIAM C. GENTRY *v.* WARDEN, STATE PRISON OF CONNECTICUT

The defendant's motion in the appeal from the Superior Court in Hartford County to dismiss is denied and the case is remanded to the Superior Court to permit it to entertain a request from the plaintiff to make application to have the parole board named as an additional defendant.

*Abbot B. Schwebel,* assistant state's attorney, for the appellee (state).

*Maxwell Heiman,* special public defender, for the appellant (plaintiff).

Argued October 3—decided October 3, 1974